**IT IS ORDERED as set forth below:**



**Date: March 11, 2019**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **MICHAEL GENE JACKSON**, | ) | CASE NO. **19-52039-JRS** |
| | ) | |
| Debtor. | ) | |

### ORDER ON MOTION TO EXTEND THE AUTOMATIC STAY

On February 7, 2019, Debtor filed a "Motion to Extend the Automatic Stay" (Doc. No. 9) ("Motion"), requesting to extend the automatic stay provided by 11 U.S.C. § 362 beyond the period of thirty (30) days against all creditors, and set it for hearing on February 26, 2019. Counsel contends service was proper on all interested parties. No appearances were made by any other party in interest. By default, therefore, it is hereby

**ORDERED** that Debtor's "Motion to Extend the Automatic Stay" is **GRANTED:** the stay as provided by 11 U.S.C. § 362 is hereby extended upon all creditors until further order of this Court or until the stay terminates by statute.

**[END OF DOCUMENT]**

Prepared by:
    /s/

M. Chase McCallum
GA Bar No.: 173048
The Semrad Law Firm, LLC
303 Perimeter Center North
Suite 201
Atlanta, Georgia 30346
**Attorney for the Debtor**


No Opposition:

    /s/     *(with express permission)*
Maria C. Joyner, Attorney for
Nancy J. Whaley
Georgia Bar No.: 118350
303 Peachtree Center Ave.
Suite 120
Atlanta, GA 30303
**Chapter 13 Trustee**

# DISTRIBUTION LIST

M. Chase McCallum
The Semrad Law Firm, LLC
303 Perimeter Center North, Ste. 201
Atlanta, GA 30346

Nancy J. Whaley
Standing Chapter 13 Trustee
Suite 120
303 Peachtree Center Ave.
Atlanta GA 30303

Michael Gene Jackson
2904 Chesterfield Way
Coyers, GA 30013

Professional Financial Services of GA, LLC
P.O. Box 1983
Spartanburg, SC 29304

Professional Financial Services of GA, LLC
P.O. Box 811
Spartanburg, SC 29304-0811

Professional Financial Services of GA, LLC
c/o C T Corporation System, Reg. Ag.
289 S Culver Street
Lawrenceville, GA 30046-4805

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101

Tax Division
U.S. Department of Justice
Attn: Chief, Civil Trial Section
SouthernRegion
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

Internal Revenue Service
c/o John Koskinen
IRS Commissioner
1111 Constitution Avenue, NW
Washington, DC 20224

United States Attorney's Office
Civil Processing Clerk
Richard B. Russell Federal Bldg.
75 Ted Turner Dr., SW, Ste. 600
Atlanta, GA 30303

Internal Revenue Service
c/o Angela Denise Anderson
401 W. Peachtree Street, N.W.
RM. 1665 Stop 334-D
Atlanta, GA 30308-3539

U.S. Attorney's Office, NDGA
Clerk of Civil Process
Richard B. Russell Federal Bldg.
75 Ted Turner Dr., SW, Ste. 600
Atlanta, GA 30303-3309

Special Assistant U.S. Attorney
401 W. Peachtree Street, NW
Stop 1000-D, Suite 600
Atlanta, GA 30308

Richard B. Russell Federal Bldg
c/o Byung J. Pak
U.S. NDGA Atty
75 Ted Turner Dr, S.W, Ste 600
Atlanta, GA 30303-3309

U.S. Dept. of Justice
Office of the Atty General
Attn: William Barr
950 Pennsylvania Ave.
Washington, DC 20530

Internal Revenue Service
PO Box 7313
Philadelphia, PA 19101-7317

*(See attached additional creditors served)*

```
Label Matrix for local noticing          Ashley Funding Services LLC c/o Resurgent Ca    Ashley Funding Services, LLC
113E-1                                    PO Box 10587                                    Resurgent Capital Services
Case 19-52039-jrs                         Greenville, SC 29603-0587                       PO Box 10587
Northern District of Georgia                                                              Greenville, SC 29603-0587
Atlanta
Thu Mar  7 13:14:30 EST 2019

Andrea Lynn Betts                         (p)CAPITAL ONE                                  CREDIT ONE BANK NA
RAS Crane, LLC                            PO BOX 30285                                    PO BOX 98875
Suite 170                                 SALT LAKE CITY UT 84130-0285                    LAS VEGAS, NV 89193-8875
10700 Abbotts Bridge Road
Duluth, GA 30097-8461


Department of Justice, Tax Division       Ditech Financial LLC                            First Premier Bank
75 Ted Turner Drive SW                    PO Box 6154                                     3820 N Louise Ave
Civil Trial Section, Southern             Rapid City, SD 57709-6154                       Sioux Falls, SD 57107-0145
Atlanta, GA 30303-3315


(p)GEORGIA DEPARTMENT OF REVENUE          Internal Revenue Service                        Internal Revenue Service - Atl
COMPLIANCE DIVISION                       PO Box 7346                                     401 West Peachtree St NW Room 1665
ARCS BANKRUPTCY                           Philadelphia, PA 19101-7346                     ATTN: Ella Johnson, M/S 334-D
1800 CENTURY BLVD NE SUITE 9100                                                           Atlanta, GA 30308
ATLANTA GA 30345-3202


A. Michelle Hart Ippoliti                 Michael Gene Jackson                            Jackson, Keevia
McCalla Raymer Leibert Pierce, LLC        2904 Chesterfield Way                           2044 Appaloosa Way
1544 Old Alabama Road                     Conyers, GA 30013-2486                          Conyers, GA 30012-5101
Roswell, GA 30076-2102


Michael John Chase McCallum               Office of the Attorney General - Atlanta        Office of the United States Trustee
The Semrad Firm, LLC                      40 Capitol Sq Sw                                75 Ted Turner Dr Sw
Suite 201                                 Attn: Karrollanne K. Cayce                      Atlanta, GA 30303-3315
303 Perimeter Center North                Atlanta, GA 30334-9057
Atlanta, GA 30346-3425


Padgett Law Group                         (p)PORTFOLIO RECOVERY ASSOCIATES LLC            Professional Financial Services of GA, LLC
3490 Piedmont Road NE Suite 1060          PO BOX 41067                                    PO Box 1983
Atlanta, GA 30305-4813                    NORFOLK VA 23541-1067                           Spartanburg, SC 29304-1983


RECEIVABLE MANAGEMENT                     Willie Bruce Smith                              Special Assistant U.S. Attorney
2250 E Devon Ave Ste 245                  The Semrad Law Firm, LLC                        401 W. Peachtree Street, NW, STOP 1000-D
Des Plaines, IL 60018-4518                303 Perimeter Center North                      Atlanta, GA 30308
                                          Suite 201
                                          Atlanta, GA 30346-3425


SunTrust Bank                             SunTrust Bank                                   United States Attorney
ATTN: Bankruptcy Department               Attn: Support Services                          Northern District of Georgia
PO Box 85092                              P.O. Box 85092                                  75 Ted Turner Drive SW, Suite 600
Richmond, VA 23285-5092                   Richmond, VA 23286-0001                         Atlanta GA 30303-3309


Westchester Lakes Homeowners Association, In    Nancy J. Whaley
2500 Westchester Way Se                   Nancy J. Whaley, Standing Ch. 13 Trustee
ATTN: Treasurer                           303 Peachtree Center Avenue
Conyers, GA 30013-6448                    Suite 120, Suntrust Garden Plaza
                                          Atlanta, GA 30303-1216
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CAPITAL ONE BANK USA N<br>PO BOX 85520<br>RICHMOND, VA 23285 | Georgia Department of Revenue<br>1800 Century Boulevard<br>c/o T Truong<br>Atlanta, GA 30345 | Portfolio Recovery Associates, LLC<br>Po Box 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ditech Financial LLC

End of Label Matrix
Mailable recipients   28
Bypassed recipients    1
Total                 29